NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOTV STREAMING, LLC,**
*Appellant*

**v.**

**NETFLIX, INC.,**
*Appellee*

---

2025-1588, 2025-1589

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00757, IPR2023-00758.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 25, 2026
Date

Jarrett B. Perlow
Clerk of Court

2                         GoTV STREAMING, LLC v. NETFLIX, INC.

**ISSUED AS A MANDATE:** June 25, 2026